**Order entered November 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01122-CV

### IN THE INTEREST OF M.D., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 86664**

## ORDER

Before the Court is appellant's November 15, 2019 second motion for an extension of time to file her brief on the merits. We **GRANT** appellant's motion and **ORDER** the brief tendered to this Court by appellant on November 18, 2019 filed as of the date of this order.

/s/     BILL WHITEHILL
          JUSTICE